UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SANJAY SOOKUL,                                                         :
:
                        Plaintiff,                                     :
:    23 Civ. 2394 (JPC)
        -v-                                                            :
:    ORDER
BRY'S COMICS, INC.,                                                    :
:
                        Defendant.                                     :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendant was served with a Summons and the Complaint on March 28, 2023, making its deadline to respond April 18, 2023. *See* Dkt. 6. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court adjourns *sua sponte* Defendant's deadline to respond to the Complaint until May 5, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by May 9, 2023.

      SO ORDERED.

Dated: April 27, 2023
       New York, New York
                                        JOHN P. CRONAN
                                 United States District Judge