UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SANJAY SOOKUL, :
:
                Plaintiff, :
: 23 Civ. 2394 (JPC)
    -v- :
: ORDER
BRY'S COMICS, INC., :
:
                Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By May 19, 2023 Plaintiff shall re-file its request for a Certificate of Default, correcting the docketing deficiencies identified by the Clerk of Court.

      SO ORDERED.

Dated: May 17, 2023
       New York, New York
                                           JOHN P. CRONAN
                                       United States District Judge