UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SANJAY SOOKUL,

                Plaintiff,

                                      23 Civ. 2394 (JPC)

      -v-

                                      ORDER

BRY'S COMICS, INC.,

                Defendant.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On May 17, 2023, the Court ordered Plaintiff to correct the deficiencies in his request for a Certificate of Default by May 19, 2023.  That deadline has passed, and the docket does not reflect an updated Certificate of Default request.  Accordingly, Plaintiff shall fix any deficiencies in his request for a Certificate of Default by May 23, 2023.  Failure to do so may result in an order dismissing the case for failure to prosecute.

       SO ORDERED.

Dated: May 22, 2023
       New York, New York

                                                    JOHN P. CRONAN
                                                    United States District Judge