```
tUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SANJAY SOOKUL,                                                         :
                                                                       :
                            Plaintiff,                                 :
                                                                       :       23 Civ. 2394 (JPC)
            -v-                                                        :
                                                                       :            ORDER
BRY'S COMICS, INC.,                                                    :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 31, 2023, the Court ordered Plaintiff to file a notice of voluntary dismissal or a status letter as to settlement by July 5, 2023. Dkt. 19. That deadline has passed, but the docket does not reflect any compliance. As a one-time courtesy to Plaintiff, the Court will adjourn *sua sponte* the deadline to file a notice of voluntary dismissal or a status letter as to settlement to July 10, 2023. The Court notes that this is Plaintiff's second failure to comply with a Court order. *See* Dkt. 11 (noting Plaintiff's failure to timely correct the deficiencies in his request for a Certificate of Default). Continued failure to comply may result in sanctions, including, dismissal without prejudice for failure to prosecute. In addition, if Plaintiff does not file a notice of voluntary dismissal by July 10, 2023, the Court will reinstate the default judgment motion briefing schedule.

SO ORDERED.

Dated: July 7, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge