UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL on behalf of himself and all others similarly situated,

            Plaintiffs,

-against-

BRY'S COMICS, INC.

            Defendant.

Case No. 1:23-cv-2394

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
           July 7, 2023

            Respectfully Submitted,

            **/s/ Mars Khaimov**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a notice of voluntary dismissal before an answer or motion for summary judgment is served to dismiss a case without court order. Accordingly, the Clerk of Court is respectfully directed to terminate this case.

SO ORDERED.

July 10, 2023
New York, New York

            By:    Mars Khaimov, Esq.
                    100 Duffy Avenue, Suite 510
                    Hicksville, New York 11801
                    Tel (929) 324-0717
                    Fax (929) 333-7774
                    Email: mars@khaimovlaw.com
                    *Attorney for Plaintiff*

_____
JOHN P. CRONAN
United States District Judge